# RESOLVE LEGAL PLLC
## A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

---

David & Jana Anderson
27808 25th Dr S
Federal Way, WA 98003

July 10, 2008

**In Reference To:** RL Chapter 13
**Invoice #:** 4715

| Date | Initials | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 4/21/08 | TDH | Phone message left for Jana Anderson (NO CHARGE). | 0.10 | 0.00 |
| 4/22/08 | TDH | Intake with Jana Anderson (NO CHARGE). | 0.30 | 0.00 |
| 4/23/08 | TDH | Intake and instructions for short filing with Jana Anderson (50% NO CHARGE) | 1.80 | 202.50 |
| 4/24/08 | TDH | Review and respond to Jana Anderson's email re emergency filing. | 0.30 | 67.50 |
| 4/28/08 | TDH | Review and respond to Jana Anderson's email inquiries (.5). | 0.50 | 112.50 |
| 4/29/08 | TDH | Phone call responding to Jana Anderson's email and phone message. | 0.30 | 67.50 |
| 4/30/08 | TDH | Meet w/Jana Anderson to prepare schedule(1.7); draft letter to bank (1). | 2.70 | 607.50 |
|  | TLN | Meeting with J. Anderson re emergency Chapter 13 filing | 0.30 | 42.00 |
|  | TLN | Pre-filing meeting with T. Hill re requirements (NO CHARGE) | 0.20 | 0.00 |
| 5/01/08 | NH | Draft Chapter 13 Schedules and SoFAs | 2.60 | 260.00 |
| 5/09/08 | TDH | Phone call returned and left message for Jana (.1); phone call with Jana to answer questions and concerns (.1). | 0.20 | 45.00 |
| 5/12/08 | NH | Prepare final Schedule A-J, Statement of Financial Affairs, Chapter 13 Information Report, Chapter 13 Plan | 2.80 | 280.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/13/08 | TDH | Review and analyze schedules. | 1.00 | 225.00 |
| | TT | Conference with T. Hill re schedule I & J | 0.20 | 59.00 |
| | NH | Telephone calls and emails w/clients to update balance of schedules; review note and deed of trust; update balance of schedules and Chapter 13 Plan | 0.70 | 70.00 |
| 5/14/08 | NH | Further revisions to balance of Schedules and Chapter 13 Plan | 0.60 | 60.00 |
| 5/15/08 | SC | Review plan, schedules and confer with T. Darling Hill re same (1.0); research re plan provisions pertainng to mortgage issues (.5). | 1.50 | 442.50 |
| | TDH | Revise and edit schedules (2.2); draft Plan (.8) draft Plan Provisions (.8); present and explain plan and procedures to David and Jana (.5). | 4.30 | 967.50 |
| | TT | Work with T. Nguyen and S. Crocker on schedules, statements and Chapter 13 plan (NO CHARGE) | 1.50 | 0.00 |
| 5/21/08 | TDH | Phone call to Jana Anderson to discuss her layoff and its effect on her plan. | 0.20 | 45.00 |
| 5/23/08 | NH | Telephone call from J. Anderson re wage directive after laid off; telephone call from Chapter 13 office re court order re wage directive. | 0.40 | 40.00 |
| 5/27/08 | TDH | Respond to Jana's inquiries re plan amendments. | 0.20 | 45.00 |
| 5/28/08 | TDH | Phone message left for Jana Anderson re payment refund. | 0.10 | 22.50 |
| 6/02/08 | TDH | Attend 341 hearing with David and Jana (1.); draft memo re 341 hearing and trustee suggested amendments and modifications (.5). | 1.50 | 337.50 |
| 6/06/08 | NH | Draft amended Schedule I after J. Anderson's loss of job; email to J. Anderson requesting unemployment figures for amendments. | 0.80 | 80.00 |
| 6/09/08 | TDH | Telephone call - returned Jana's call inquiring about plan amendments. | 0.10 | 22.50 |
| 6/10/08 | TDH | Amend schedules. | 1.10 | 247.50 |
| 6/11/08 | SC | Conference with T. Darling Hill re plan issues, projected disposable income, Form 22 and related issues. | 1.00 | 295.00 |
| | TDH | Amend schedules and exemptions (2.); analyze IRS deductions and Form 22 (2.); discuss case strategy with S.Crocker (.4). | 4.40 | 990.00 |

| | | | | |
|---|---|---|---|---|
| | TT | Conference with T. Darling Hill re exemptions and plan terms | 0.20 | 59.00 |
| | TLN | Meeting with T. Hill re Chapter 13 memo re amendments to Plan and Form 22C | 0.70 | 98.00 |
| 6/13/08 | TDH | Draft email response to Jana re Trustee requests (.3); modify exemptions (.2); predatory lending analysis (.3) | 0.80 | 180.00 |
| | NH | Run Accurint search re lienholder on 2003 Mitsubishi vehicle. | 0.20 | 25.00 |
| 6/18/08 | NH | Telephone call to Wachovia Mortgage requesting they file a proof of claim; revise and file Ex Parte Motion and Order re Preconfirmation Payments | 0.60 | 75.00 |
| 6/25/08 | TDH | Discuss amendments to plan with Jana. | 0.30 | 67.50 |
| 6/26/08 | TDH | Phone conversation with Jana re confirmation of plan (.2); modify IRS exemptions (.2) | 0.40 | 90.00 |
| 6/27/08 | TDH | Review exemptions. | 0.50 | 112.50 |
| 6/30/08 | TDH | Peform deductions on Form 22 (1.); amend plan (.2). | 1.20 | 270.00 |
| | | For professional services rendered | 36.60 | $6,610.50 |

**Costs**

| | | | |
|---|---|---|---|
| 4/23/08 | Photocopies | 16.00 | |
| 5/22/08 | USBC Filing Fee | 274.00 | |
| | Totals | $290.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $6,900.50 |
| Retainers Applied | 49.00 |

## PAYMENT DETAILS

| | | |
|---|---|---|
| May-13-08 | payment on invoice - mo # 0244810026 (credit counseling) | 49.00 |
| | **Total Payments** | **$49.00** |
| | **Balance Now Due** | **$6,851.50** |

David & Jana Anderson  July 10, 2008

5

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---:|---:|
| 5/01/08 | Received From: Jana Anderson |  | 1,474.00 |
|  | trust deposit-cck # 087294910 |  |  |
|  | Total Trust | $0.00 | $1,474.00 |
|  | **Trust Balance** |  | **$1,474.00** |