Honorable Philip H. Brandt
Chapter 13
Hearing Date: January 7, 2010
Hearing Time: 9:00 a.m.
Hearing Location: Courtroom 8206
**Response Date: December 31, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>DAVID V. ANDERSON and<br>JANA M. ANDERSON,<br><br>Debtors. | No. 08-12621-PHB<br><br>ORDER GRANTING APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

THIS MATTER having come on before the Court on the interim application of Resolve Legal PLLC for an award of compensation herein; and the Court, pursuant to 11 U.S.C §330 and Bankruptcy Rule 2016 and having found good cause, now therefore, it is hereby

ORDERED:

1. That Resolve Legal PLLC is hereby allowed compensation from July 2, 2008 through December 4, 2009 in the amount of $9,525.00.

2. That Resolve Legal PLLC is hereby allowed reimbursement of costs and expenses in the amount of $245.65.

ORDER GRANTING APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 1



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

4. That the Chapter 13 Trustee's office is directed to pay the fees and costs from current funds on hand and future funds.

DATED this _____ day of January 2010.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

RESOLVE LEGAL PLLC


By   */s/ Taryn M. Darling Hill*
          Taryn M. Darling Hill, WSBA #38276
Attorneys for Debtors

ORDER GRANTING APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 2



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com